

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00763-CV

**IN THE INTEREST OF B.P.S., H.R.S. and D.G.S.,** Children

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 19-04-25687-CV
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: February 3, 2021

DISMISSED FOR WANT OF JURISDICTION

This appeal was docketed when the trial court clerk forwarded a document signed by appellant entitled "Notice of Appeal." In the document, appellant requests a de novo hearing of an order entered by an associate judge in the underlying suit affecting the parent-child relationship. The clerk's record, however, contains an order signed by the district court reciting that appellant subsequently "nonsuited" her request for a de novo hearing. Even construing the "Notice of Appeal" document as a premature notice of appeal, the clerk's record contains no final order or judgment from which the appellant may appeal. Absent an appealable interlocutory order or final judgment in writing, we have no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Ind. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). We therefore issued an

order instructing appellant to show cause in writing within fifteen days why this appeal should not be dismissed for lack of jurisdiction. Appellant failed to respond. Accordingly, we dismiss this appeal for want of jurisdiction. *See id*. 42.3(a), (c). Costs of appeal are taxed against appellant.

PER CURIAM